Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.161.76.169,<br><br>              Defendant. | Case Number: 5:19-cv-00940-LHK<br><br>**NOTICE PROVIDING CLARIFICATION REGARDING THE REGISTRATION STATUS OF PLAINTIFF'S COPYRIGHT APPLICATIONS** |

1

Notice Providing Clarification Regarding the Status of Plaintiff's Copyright Applications
Case No. 5:19-cv-00940-LHK

PLEASE TAKE NOTICE that in light of the Supreme Court's recent holding in *Fourth Estate Pub. Benefit Corp. v. Wall-Street.com, LLC*, No. CV 17-571, 2019 WL 1005829 (U.S. Mar. 4, 2019), Strike 3 Holdings, LLC hereby concurrently-files an updated "Exhibit A" to its Complaint demonstrating that all copyright applications for the motion pictures in question here have been registered with the United States Copyright Office (indicated by the registration number starting with "PA").  Accordingly, the Complaint satisfies the claim-processing rule under 17 U.S.C. § 411(a).

Date: 03/20/2019

FOX ROTHSCHILD LLP

Respectfully submitted,

By: /s/ *Lincoln Bandlow*
Lincoln Bandlow, Esq.
FOX ROTHSCHILD LLP

*Attorney for Plaintiff*
Strike 3 Holdings, LLC

# EXHIBIT 1

**Exhibit A to the Complaint**

**Location:** South San Francisco, CA  **IP Address:** 67.161.76.169
**Total Works Infringed:** 33  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 10/15/2018 19:18:30 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 2 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | Vixen | 11/27/2018 20:36:41 | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 3 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | Vixen | 11/27/2018 20:37:43 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 4 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 05/25/2018 18:01:48 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 5 | 2CB9141F13EA85096BC504ED39E5CBCD25983B19 | Vixen | 06/06/2018 20:09:40 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 6 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 10/15/2018 19:47:23 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 7 | 33779014D6C2F200604F68401B3BB41CF4463F35 | Vixen | 09/11/2018 23:34:30 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 8 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 05/25/2018 18:01:35 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 9 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 09/11/2018 23:34:51 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 10 | 43A5ECC02D949B8DB28F1BF1D95C9E933FE3D35A | Vixen | 10/05/2018 20:43:45 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 11 | 45425209566F2AA2F088B2BF0B383880305077CC | Vixen | 09/12/2018 00:11:12 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 12 | 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4 | Vixen | 11/27/2018 20:31:56 | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 13 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 10/05/2018 20:43:00 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 14 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/06/2018 22:58:46 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 15 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 05/25/2018 18:02:05 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 16 | 6679F16B594ED8307B80162F50A7CDA974517253 | Vixen | 05/30/2018 17:53:54 | 05/29/2018 | 07/14/2018 | PA0002128390 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 66E6C48B38E787AD4E9B5CE1C41C567399B50228 | Vixen | 06/04/2018 06:59:50 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 18 | 698A3D5B3FB03AAA034432EC1471FD2710A2C2E1 | Vixen | 12/10/2018 22:02:25 | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 19 | 6A06C1EEFFB2743219C56954297DE349D9DCF511 | Vixen | 05/27/2018 23:09:57 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 20 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/10/2018 23:09:04 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 21 | 7E93C03AAA08091DC8E1639C1E3A4B39979019A0 | Vixen | 10/05/2018 20:47:11 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 22 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 05/25/2018 18:00:48 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 23 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 09/11/2018 23:43:24 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 24 | A3CA2F4F3AA1FCD62C57F6499C12D2EA8F465601 | Vixen | 06/06/2018 20:10:18 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 25 | A52D39781CC99688FE5018CE33112888507339E3 | Vixen | 09/12/2018 00:09:14 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 26 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 05/30/2018 17:44:15 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 27 | BEA12C39DF9C1CB6295BF451345FC7AFE5EDBB50 | Vixen | 05/25/2018 18:04:53 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 28 | C2E04255710FAF8378E0EBEDA314D8264450AC68 | Vixen | 05/25/2018 18:06:09 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 29 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 05/25/2018 18:02:26 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 30 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 05/25/2018 18:02:44 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 31 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 05/25/2018 18:01:07 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 32 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 05/10/2018 22:16:38 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 33 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 09/11/2018 23:35:54 | 07/28/2018 | 09/01/2018 | PA0002119572 |